# FISHBEYN & BRISKIN, LLC
ATTORNEYS AT LAW

WWW.FNBLEGAL.COM

ALEXANDER FISHBEYN, ESQ.*
PETER E. BRISKIN, ESQ.*

BIJAN VAFEGH, ESQ.*

*ADMITTED IN NY AND NJ

NEW JERSEY OFFICE
17 ACADEMY STREET, SUITE 1200
NEWARK, NEW JERSEY 07102

908.279.7979
908.279.7980 (FAX)

August 23, 2013

**VIA E-FILING**
Hon. Katherine S. Hayden U.S.D.J.
District Court of New Jersey
US Post Office and Courthouse
Newark, NJ 07101

   **RE: Simkova v. City of Newark et al.**
   **Civil Action No.: 2:13-cv-01264**

Dear Hon. Judge Hayden:

  Please ignore document 22 that I filed today. I accidentally mislabeled and filed a letter meant for another case. The letter I intended to file was filed as document 23. Additionally, after I filed the letter requesting an extension of time to oppose, I received a call from Deputy Attorney General, Robert Murphy, Esq. He has consented to my request to file our opposition by August 28, 2013.

       Respectfully Submitted,
       FISHBEYN & BRISKIN, LLC,

       *[signature]*

       By: Bijan Vafegh, Esq.

BV/bv

NEW YORK OFFICE - 150 BROADWAY, SUITE 808, NEW YORK, NEW YORK 10038 (LOCATION DOES NOT ACCEPT MAIL)***
212.608.7778