**United States District Court**
**for the District Of New Jersey**

| | |
|---|---|
| ZDENKA SIMKOVA | Civil No.: 13-1264 (KSH) |
| Plaintiff, | |
| v. | |
| CITY OF NEWARK; NEWARK POLICE DEPARTMENT; CITY OF GARFIELD; GARFIELD POLICE DEPARTMENT; OFFICE OF THE NEW JERSEY STATE MEDICAL EXAMINER; ETERNITY FUNERAL SERVICES, LLC; ZHONGXUE HUA, M.D. Ph.D; MONICA CALDERON | **Final Order** |
| Defendants. | |

This matter having come before the Court on defendants' motions to dismiss [D.E. 10, 11, 16], and for the reasons set forth in the accompanying opinion [D.E. 50],

**IT IS**, on this 31st day of March, 2014,

**ORDERED** that the defendants' motions to dismiss [D.E. 10, 11, 16] are **GRANTED**; and it is further

**ORDERED** that the federal claims against the remaining parties—individual defendants Hua, Calderon, and Eternity Funeral Services—are **DISMISSED** *sua sponte*; and it is further

**ORDERED** that the Court declines to exercise supplemental jurisdiction over the state-law claims; and it is further

**ORDERED** that the complaint [D.E. 1] is dismissed; and it is further

**ORDERED** that the Clerk of the Court shall close the case.

/s/ Katharine S. Hayden
Katharine S. Hayden, U.S.D.J.