# Newark

Ras J. Baraka
Mayor

---

**Department of Law**

920 Broad Street
Newark NJ 07102
973-733-3880
Fax 973 733-5394

**Willie L. Parker**
Corporation Counsel

Gary S. Lipshutz
Assistant Corporation Counsel
Direct Dial (973) 733-5945
lipshutzg@ci.newark.nj.us

April 10, 2015

**Via Electronic Filing**
Hon. Cathy L. Waldor, U.S.M.J.
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

    Re:    <u>Simkova v. City of Newark et al.</u>
            Docket No. 13-cv-1264 (KSH)

Dear Judge Waldor:

    Your Honor recently scheduled the initial conference for Wednesday, April 22, 2015 at 2:00 p.m. in this matter. I am respectfully asking for a brief adjournment.

    I am scheduled to begin trial on April 20, 2015 in Essex County on a rather old dangerous condition of public property case, <u>Paul Roura v. City of Newark</u>, ESX-L-3473-08. This is the second trial after reversal by the Appellate Division in 2013. Given the age of the case, and the many trial adjournments which have been previously granted to both sides, I expect that the case will be send out for trial and I am trying to clear my calendar of any conflicts during the three weeks that trial is expected to last.

    Mr. Ho (codefendant) and Mr. Briskin (Plaintiff) have graciously consented to my request for adjournment. I am respectfully asking that the conference be rescheduled for mid-late May 2015.

                                    Thank you,

                                    Willie L. Parker,
                                    Corporation Counsel

                                    By: <u>/s/ Gary S. Lipshutz</u>
                                       Gary S. Lipshutz
                                       Assistant Corporation Counsel

/GSL