# SWEET PASQUARELLI, P.C.

17A Joyce Kilmer Avenue North
P.O. Box 674
New Brunswick, NJ 08903
Phone: 732-249-7180
Fax: 732-249-7705
www.sweetpasquarelli.com

---

Anthony P. Pasquarelli◊ ◊ CERTIFIED BY THE SUPREME COURT OF NEW
 JERSEY AS A CIVIL TRIAL ATTORNEY
Donald A. Mahoney◊ * MEMBER PA BAR
Matthew G. Minor* ** MEMBER NY BAR
Kenneth C. Ho
Joy-Michele J. Tomczak **

---

Stephen G. Sweet (1998 - 2010)

April 21, 2015

**via Electronic Filing**
The Honorable Cathy L. Waldor, U.S.M.J.
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

RE: **SIMKOVA, ZDENKA v. CITY OF NEWARK, et al.**
Our File No.    : 03290KCH
Docket No.     : 2:13-cv-1264-KSH-CLW

Dear Judge Waldor:

Please be advised that this office represents defendant Eternal Funeral Services, LLC in the above-referenced matter. Your Honor recently granted the adjournment of the initial conference, which was originally scheduled for April 22, 2015 at 2PM, and is now scheduled for August 27, 2015 at 10AM by telephone.

According to the March 30, 2015 Order of Judge Katharine S. Hayden, U.S.D.J., "[t]he parties are directed to consult with Magistrate Judge Waldor for orders on discovery and further motion practice consistent with this opinion." Pursuant to a previous Pretrial Scheduling Order entered on September 6, 2013 by Your Honor, "[p]rior to filing, parties shall submit a joint letter and proposed consent order setting forth the briefing schedule for any dispositive motions."

In light of the adjournment of the April 22, 2015 initial conference, it is respectfully requested that Your Honor kindly advise whether the September 6, 2013 Pretrial Scheduling Order still controls as to dispositive motion practice.

SWEET PASQUARELLI, P.C.
File No. 03290KCH
Page 2

    Thank you for your kind attention to this matter

        Respectfully submitted,

        Kenneth C. Ho
        kho@sweetpasquarelli.com

KCH/k