FISHBEYN & BRISKIN, LLC
By: Peter Briskin, Esq.
P.O. Box 489
Hillsdale, NJ 07642

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ZDENKA SIMKOVA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>CITY OF NEWARK, NEWARK POLICE DEPARTMENT, ETERNITY FUNERAL SERVICES, JOHN DOES "A" through "Z" (fictitious names used to describe unknown defendants acting individually and in their official capacities) and ABC CORPORATIONS "A" through "Z" (fictitious names used to describe unknown defendants).<br><br>　　　　　Defendants. | Civil Action No.: **2:13-cv-01264-KSH-~~KS~~ CLW**<br><br>ORDER |

　　This matter having been opened to the Court on application of Peter Briskin, of Fishbeyn & Briskin, LLC, appearing on behalf of Zdenka Simkova, for an order granting Zdenka Simkova's motion for leave to file an amended complaint pursuant to 15(a)(2) of the Federal Rules of Civil Procedure, and the Court having considered the moving papers and for good cause shown,

　　It is on this  18th  day of  May , 2015

ECF No. 84 (unopposed)
　　ORDERED that Zdenka Simkova's Motion be, and hereby is, GRANTED; and it is further,

　　ORDERED that a copy of this Order shall be served upon all counsel of record within 7 days of receipt hereof.

By: _____
Hon. Katharine S. Hayden, U.S.D.J.

____ Opposed

_X_ Unopposed

**SO ORDERED**

*s/Cathy L. Waldor*
Cathy L. Waldor, U.S.M.J.

Date: 5/18/15