# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

14-2076

Zdenka Simkova v. City of Newark, et al

2-13-cv-01264

# **O R D E R**

Pursuant to Fed. R. App. P. 3(a)(2) and 3rd Cir. LAR Misc. 107.2(a), it is

ORDERED that the above-captioned case is hereby dismissed for failure to timely prosecute insofar as appellant/petitioner failed to respond to the Clerk's Order of 01/08/2016 directing parties to file responses within 14 days of the date of the order addressing the issue of whether this court has jurisdiction over this appeal. It is

FURTHER ORDERED that a certified copy of this order be issued forthwith as the in lieu of a formal mandate.

For the Court,

*Marcia M. Waldron*
Marcia M. Waldron, Clerk
Date: 3/23/2016

**A True Copy**
*Marcia M. Waldron*
Marcia M. Waldron, Clerk
Certified order issued in lieu of mandate.

mlr/cc:

Peter E. Briskin, Esq.
Gary S. Lipshutz, Esq.
Anthony P. Pasquarelli, Esq.
Randall B. Weaver, Esq.