# Newark

**Ras J. Baraka**
Mayor

---

**Department of Law**

920 Broad Street
Newark NJ 07102
973-733-3880
Fax 973 733-5394

**Willie L. Parker**
Corporation Counsel

Gary S. Lipshutz
Assistant Corporation Counsel
Direct Dial (973) 733-5945
lipshutzg@ci.newark.nj.us

April 5, 2016

**Via Electronic Filing**
Hon. Katharine S. Hayden, U.S.D.J.
United States District Court
District of New Jersey
U.S. Post Office and Court House
Newark, New Jersey 07102

    Re:    Simkova v. City of Newark et al.
              Docket No. 13-cv-1264 (KSH)

Dear Judge Hayden:

      I am acknowledging the text order setting a conference April 14, 2016 at 10:00 a.m. I anticipate that I will be assigned out for trial in Essex County next week but will make every effort to get an accommodation to appear. If I cannot, someone else from the office will appear.

      Also, there have been three depositions in this matter these past two days (City designee and two individual defendants).

                              Respectfully Submitted,

                              Willie L. Parker
                              Corporation Counsel

                        By:  /s/ Gary S. Lipshutz
                                Gary S. Lipshutz
                                Assistant Corporation Counsel

/GSL